# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                                    JUDGMENT
                    Plaintiff,
   v.                               Case Number:  2:11-cr-00091-JCM-CWH-2

Jose Figueroa,                      (Related case: 2:20-cv-01183-JCM        )

                    Defendant.

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Denying the Motion to vacate under 28 U.S.C. 2255, this matter is closed. Judgment for the United States. A Certificate of Appealability shall not issue.

12/9/2022                                DEBRA K. KEMPI
Date                                     Clerk


                                          /s/ K. Ferris
                                         Deputy Clerk